# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRITTNEY M. SAVELL

NO. 2025 KW 1235

**MARCH 9, 2026**

---

In Re:    Brittney M. Savell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 6038352.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a complete copy of the district court's ruling, as the first page of the ruling appears to be missing. She also failed to include the State's response, if any, a copy of the guilty plea and sentencing transcript, the grand jury indictment, the relevant criminal court minutes, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, she may do so without the necessity of obtaining a return date, and the application must be filed on or before May 5, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT